UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO ESMERIO,<br><br>    Plaintiff,<br><br>    v.<br><br>WMC MORTGAGE CORP., a California Corporation; CHASE HOME FINANCE, LLC; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, a California corporation; and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. EDCV 09-323-VAP (PJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against FIRST AMERICAN LOANSTAR TRUSTEE SERVICES is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 31, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge