1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   LEOPOLDO ESMERIO,                )    Case No. EDCV 09-323-VAP (PJWx)

12              Plaintiff,            )    **JUDGMENT**
                                      )
13        v.                          )
                                      )
14   WMC MORTGAGE CORP., a            )
     California Corporation; CHASE    )
15   HOME FINANCE, LLC; FIRST         )
     AMERICAN LOANSTAR               )
16   TRUSTEE SERVICES, a              )
     California corporation; and      )
17   DOES 1 to 50, inclusive          )
                                      )
18   ,                                )
                                      )
19              Defendants.           )
     _____  )

20

21   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

22        Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED

23   that Plaintiff's Complaint against CHASE HOME FINANCE, L.L.C. is

24   DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment

25   be entered.

26

27   Dated: <u>April 7, 2009</u>

28                                         VIRGINIA A. PHILLIPS
                                           United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28